FILED
CLERK, U.S. DISTRICT COURT

JAN 2 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  JASON EDWARD GARCIA,          )      No. SA CV 07-781 VBF(CW)
                                  )
13                Petitioner,     )      ORDER OF DISMISSAL
                                  )
14          v.                    )
                                  )
15  JAMES A. YATES (Warden),      )
                                  )
16                Respondent,     )
    _____)
17

18

19       As discussed below, this action is dismissed, without prejudice,

20  at Petitioner's request.

21       This pro se petition for writ of habeas corpus was filed on July

22  6, 2007.  Petitioner is a prisoner in state custody pursuant to a 1985

23  conviction in California Superior Court, Orange County, Case No.

24  C55340.  The instant petition challenges the denial of parole by the

25  California Board of Parole Hearings on January 3, 2006.  Respondent

26  filed a return to the petition and supporting memorandum on September

27  28, 2007.  Petitioner filed a traverse on October 26, 2007.  In a

28  letter filed January 23, 2008, Petitioner asked for voluntary

                                   1

dismissal of the petition due to "the issues now being moot."

When a plaintiff requests dismissal of an action after an adverse party has filed an answer, and without a stipulation of dismissal signed by all parties, the action shall only be dismissed "upon order of the court and upon such terms and conditions as the court deems proper."  Rule 41(a)(2), Fed. R. Civ. P.; see also Rule 11, Rules Governing Section 2254 Cases in the United States District Courts (Federal Rules of Civil Procedure apply in habeas case under 28 U.S.C. § 2254 insofar as they are not inconsistent with other applicable statutes or rules); Hargis v. Foster, 312 F.3d 404, 412 (9th Cir. 2002)(Rule 41 vests the district court with discretion to dismiss an action at the plaintiff's instance 'upon such terms and conditions as the court deems proper').  In light of Petitioner's stated reason for seeking dismissal, it does not appear that granting Petitioner's request would result in an injustice to Petitioner, nor is there any indication that allowing dismissal would legally prejudice Respondent.

**IT IS THEREFORE ORDERED** that the petition is **DISMISSED WITHOUT PREJUDICE**.

The clerk is directed to serve this Order and the Judgment herein on the parties.

DATED: _____Jan. 29 '08_____          _____

                                          VALERIE BAKER FAIRBANK
                                          United States District Judge

Presented by:

Dated: January 25, 2008

_____
CARLA M. WOEHRLE
United States Magistrate Judge

2