FILED
CLERK, U.S. DISTRICT COURT
JAN 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EDWARD GARCIA, | No. SA CV 07-781 VBF(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JAMES A. YATES (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED: Jan 29, 2008

_____
VALERIE BAKER FAIRBANK
United States District Judge